**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Ramon TAPSCOTT, a.k.a.**
**ICK, Defendant–Appellant.**

**No. 11–11368**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 14, 2012.

Ramona Albin, Praveen S. Krishna, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Mary Stuart Burrell, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

Bill L. Barnett, Bill L. Barnett, Attorney at Law, Oneonta, AL, Eric Ramon Tapscott, FCI Yazoo City Medium, Yazoo City, MS, for Defendant–Appellant.

Before MARCUS, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Bill Barnett, appointed counsel for Eric Tapscott, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Tapscott's convictions and sentences are **AFFIRMED.**